IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 10-45825 |
| Dwight Lawrence | ) | |

**REPLY TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Comes Now the above named Debtor and states the following:

1. The Debtor admits the factual and legal allegations stated in paragraph one of the Trustee's motion.
2. The Debtor admits the factual and legal allegations stated in paragraph two of the Trustee's motion.
3. The Debtor denies the legal and factual allegations stated in paragraph four of the trustee's motion.
4. The Debtor denies the legal and factual allegations stated in paragraph five of the trustee's motion.
5. The Debtor denies the legal and factual allegations stated in paragraph six of the trustee's motion.

WHEREFORE, the Debtor prays this Honorable Court deny the relief requested by the Chapter 13 trustee.

/s/ Steven Dyer, Bar #45397
10805 Sunset Office Drive, #300
St. Louis, Mo., 63127
(314) 898-6715
e-mail : jdcpamba@gmail.com

certificate of service

A copy of the above was electronically filed with John LaBarge, Chapter 13 trustee, PO Box 4300908, St. Louis, Mo., 63143 on this 20th day of January , 2011.

/s/ Steven Dyer